UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

NAPOLEON RILEY,

Defendant.
_____/

Case: 1:22-cr-20559
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 10-26-2022 At 12:47 PM
INDI USA v. Napoloen Riley (krc)

VIOLATION:
18 U.S.C. § 922(g)(1)

# INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE

### Felon in Possession of a Firearm
### (18 U.S.C. § 922(g)(1))

On or about September 16, 2021, in the Eastern District of Michigan, Napoleon Riley, defendant herein, having been convicted of a felony, that is, a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of a felony, did knowingly possess a firearm—that is, one loaded Taurus Model G2C 9mm semi-automatic handgun, which firearm had previously traveled in and affected interstate commerce, in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATIONS
## 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c)

The allegations contained in Count One of this Indictment are hereby re-alleged for purposes of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the offense set forth in Count One, the defendant, Napoleon Riley, shall forfeit to the United States any firearms and ammunition involved in or used in any knowing violation of 18 U.S.C. § 922(g), including, but not limited to the Taurus Model G2C 9mm semi-automatic handgun and any ammunition contained within the firearm.

THIS IS A TRUE BILL
*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

*s/Anthony P. Vance*
ANTHONY P. VANCE
Chief, Branch Offices

*s/J. Michael Buckley*
J. MICHAEL BUCKLEY
Assistant United States Attorney
Deputy Chief, Branch Office

Dated: October 26, 2022

2

**Companion Case information MUST be completed by AUSA and initialed**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | **Case Number** |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Companion Case Information**

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes     X No

Case: 1:22-cr-20559
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 10-26-2022 At 12:47 PM
INDI USA v. Napoloen Riley (krc)

**Case Title:** USA v. Napoleon Riley

**County where offense occurred:** Saginaw County

**Check One:**   X Felony    ☐ Misdemeanor    ☐ Petty

    __x__ Indictment/ _____ Information --- **no** prior complaint.
    _____ Indictment/ _____ Information --- based upon prior complaint [Case number:]
    _____ Indictment/ _____ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____ **Judge:** _____

    ☐   Corrects errors; no additional charges or defendants.
    ☐   Involves, for plea purposes, different charges or adds counts.
    ☐   Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date: October 26, 2022

s/*J. Michael Buckley*
J. Michael Buckley
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone: 989-895-5712
Fax: 989-895-5790
E-Mail address: Michael.buckley@usdoj.gov
Attorney Bar #: P-36167

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.